## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AHMED YASLAM SAID KUMAN,

    Petitioner,

      v.

BARACK H. OBAMA, et al.,[1]

    Respondents.

Civil Action No.  08-1235 (JDB)

## ORDER

Upon consideration of petitioner's motion to stay the proceedings in this case, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.  It is further **ORDERED** as follows:

1.      Proceedings in this matter are stayed until April 30, 2009;

2.      Either party may move to lift the stay upon notice to the other party; and

3.      The status conference currently scheduled for February 11, 2009 is cancelled for this case.  The status conference shall proceed as to the other petitioners for whom it is scheduled;

4.      The parties in this case are relieved of their obligations under the Case Management Order until the stay is lifted;

5.      The terms of the September 11, 2008 Protective Order and Procedures for Counsel Access to Detainees shall remain in effect.

---

[1] Former President George W. Bush was named as the original lead respondent in this case.  Pursuant to Federal Rule of Civil Procedure 25(d), the Court automatically substitutes his successor, President Barack H. Obama, as the new lead respondent.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated:   February 3, 2009